**RECEIVED**

MAR 0 7 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**



| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-60007/01 & 02 |
| VS. | JUDGE DOHERTY |
| RUSTY ROSS HONORE (01)<br>PEYTON EARLY KNATT (02) | MAGISTRATE JUDGE METHVIN |

### RULING ON MOTION TO SUPPRESS

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the defendants' motion to suppress is **DENIED**.

Lafayette, Louisiana this ____ day of _____, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT